IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| EFRAIN NUNEZ, | : | |
| | : | |
| Petitioner, | : | |
| | : | 5:03CR12 (DF) |
| vs. | : | |
| | : | 5:05CV62 (DF) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

Filed at 1:50 P.M.
DATE 7/6/05
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge G. Mallon Faircloth entered in this case on March 8, 2005 (tab 19). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct his sentence under 28 U.S.C. § 2255 (tab 15) is hereby **DENIED**.

SO ORDERED, this 5th day of July, 2005.

DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew